CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 31 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

EDWARD JAMES EGAN, ) Civil Action No. 7:15-cv-00077
    Plaintiff, )
   ) **MEMORANDUM OPINION**
v. )
   ) By:   Glen E. Conrad
KEVIN GICK, _et al_, ) Chief United States District Judge
    Defendant(s). )

Edward James Egan, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered March 16, 2015, the court directed plaintiff to submit within 10 days from the date of the order an executed consent to withholding of fees form in order to complete the application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This ___31 st___ day of March, 2015.

_Glen Conrad_

_____
Chief United States District Judge