CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 13 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| EDWARD JAMES EGAN, | ) | CASE NO. 7:15CV00077 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| KEVIN GICK, ET AL., | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

that plaintiff's motion to reinstate (ECF No. 19) is **GRANTED**, and the court's opinion and order dismissing the case (ECF Nos. 16 & 17) are **VACATED**, and the action is **REINSTATED** to the active docket of the court; but upon consideration of plaintiff's submissions, his complaint is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous, and the clerk **SHALL** close the case.

**ENTER**: This 13th day of May, 2015.

_____
Chief United States District Judge