CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 04 2015

JULI... ...EY CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **EDWARD JAMES EGAN,** | ) | CASE NO. 7:15CV00077 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| **KEVIN GICK, ET AL.,** | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that plaintiff's motions (ECF Nos. 36-39), seeking reinstatement of this action, are **DENIED**.

ENTER: This 4th day of August, 2015.

/s/ Glen E. Conrad
Chief United States District Judge